**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FIRST CITIZENS COMMUNITY BANK,  : No. 146 MAL 2023
:
Respondent  :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v.  :
:
:
BRADLEY FULMER AND THE BRADFORD  :
BED AND BREAKFAST INN, II, INC.,  :
:
Petitioners  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.